IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TAMAICA HOSKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv439-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 21) is adopted.

(2) The 28 U.S.C. § 2255 habeas petition (doc. no. 1) is granted as to petitioner's claim that counsel was ineffective for failing to file an appeal as requested.

(3) The 28 U.S.C. § 2255 habeas petition (doc. no. 1) is dismissed without prejudice as to petitioner's remaining claims.

(4) The judgment and sentence in criminal case no. 3:14cr507-MHT will be vacated.  The court will then enter a new judgment and sentence forthwith.

(5) Petitioner will be granted the right to file an out-of-time appeal in criminal case no. 3:14cr507-MHT, and attorney Everett McRae Urech will be appointed to represent her on appeal.

(6) Pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i), petitioner must file her notice of appeal within 14 days of the re-entry of the judgment in criminal case no. 3:14cr507-MHT.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The clerk of the court is also DIRECTED to file a copy of this judgment, along with a copy of the accompanying opinion, in criminal case no. 3:14cr507-MHT.

This case is closed.

DONE, this the 27th day of June, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**